IN THE UNITED STATES BANKRUPCTY COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: LEE R. IRVIN and DEBRA A. IRVIN, | No. 3:11-bk-12773<br>Chapter 7<br>Judge Randal S. Mashburn |
| Debtors. | |

### AGREED ORDER LIFTING AUTOMATIC STAY

On January 24, 2012, Mary Miele, Tony Miele, and Brianna Miele ("the Plaintiffs") filed a complaint related to injuries and/or damages sustained in an automobile wreck on February 3, 2011. The case was filed in the Circuit Court for Davidson County, Tennessee and is styled Mary Miele, Tony Miele, and Brianna Miele v. Debra A. Irvin and Lee Irvin, Defendants, No. 12C-315. The debtors, Debra A. Irvin and Lee R. Irvin are two of the defendants in the personal injury action.

The parties agree that a delay in the personal injury litigation until discharge of the debtors' bankruptcy may prejudice the parties to that action. The debtors, the Trustee, the Plaintiffs, and Travelers Personal Security Insurance Company (the automobile insurance carrier for the Plaintiffs) have therefore agreed pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 and 9014, that the automatic stay shall be lifted in order to allow the Plaintiffs to liquidate their personal injury claims against the debtors for purposes of collecting against any insurance proceeds should such proceeds be available and not against the property of the estate or property of the debtors.

This order was signed and entered electronically as indicated at the top of the first page.

Approved for Entry:

/s/ Laura W. Bishop
John A. Day, No. 009416
jday@johndaylegal.com
Laura W. Bishop, No. 025272
lbishop@johndaylegal.com
LAW OFFICES OF JOHN DAY, P.C.
5141 Virginia Way, Suite 270
Brentwood, TN 37027
(615) 742-4880 phone
(615) 742-4881 fax
Attorneys for Mary Miele, Tony Miele, and Brianna Miele


/s/ John Michael Combs
John Michael Combs
jmichaelcombs@bellsouth.net
LAW OFFICES OF J. MICHAEL COMBS
Ste 1711 Parkway Towers
404 James Robertson Parkway
Nashville, TN 37219
(615) 255-7448 phone
(615) 254-6562 fax
Attorney for Lee R. Irvin and Debra A. Irvin


/s/ Vanessa R. Hall
Vanessa R. Hall, No. 19258
vrhall@travelers.com
David J. Sneed & Associates
6640 Carothers Pkwy, Suite 200
Franklin, TN 37067
(615) 660-6257 phone
Attorney for Travelers Personal Security Insurance Company


/s/ Michael Gigandet
Michael Gigandet
mgigandet@mgigandetlaw.com
LAW OFFICE OF MICHAEL GIGANDET
208 Centre Street
Pleasantview, TN 37146
(615) 746-4949 phone
Bankruptcy Trustee

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.